IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | **4:10CR3015** |
| vs. | |
| LARRY ROYCE WILSON, | **MEMORANDUM AND ORDER** |
| Defendant. | |

IT IS ORDERED:

1)      The defendant's motion to review detention, (filing no. 57), is granted.

2)      The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Cornhusker Place, Lincoln, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Cornhusker Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)      The defendant shall arrive at Cornhusker Place by 10:00 a.m. on August 13, 2012. To accommodate this schedule, the Marshal shall have the defendant present in the Lincoln Federal Building by no later than 9:00 a.m. on August 13, 2012, and shall release the defendant to the Federal Public Defenders Office for transport to Cornhusker Place.

4)      At the time of defendant's release to treatment, the U.S. Marshal's office shall provide the defendant with a 30-day supply of any currently prescribed medication.

August 8, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge